FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ MAR 27 2... ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
ANTHONY SUGGS,                                                       :
          Plaintiff,                                      :
:
   -against-                                                     :
:
CROSSLANDS TRANSPORTATION, INC. and                                  :
MAMDOUGH EL SAYED,                                                   :
:
          Defendants.                                     :
:
-------------------------------------------------------------------- X

13-CV-6731 (ARR)(MDG)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated March 4, 2015, from the Honorable Marilyn D. Go, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the plaintiff's motion for default judgment is granted in the amount of $364,956.32 (the sum of $36,672.00 in unpaid overtime wages, $180,000 in unpaid gratuities, $17,480.32 in liquidated damages under the FLSA, $121,878.00 in liquidated damages under the New York Labor Law, $8,526.00 in attorney's fees, and $400.00 in costs). The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: March 26, 2015
        Brooklyn, New York